# B1 (Official Form 1) (4/10)

**United States Bankruptcy Court**
**District Of Delaware**

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Indianapolis Downs, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **35-2105457** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **4300 North Michigan Road, Shelbyville, Indiana** ZIP CODE **46176** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Shelby** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other - Racing and Gaming

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Indianapolis Downs, LLC |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: Indiana Downs Capital Corp. | Case Number: | Date Filed: |
|---|---|---|
| District: Delaware | Relationship: Affiliate | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br> X _____ <br> Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): Indianapolis Downs, LLC |
|---|---|
| *(This page must be completed and filed in every case.)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X /s/ *[signed]*
Signature of Attorney for Debtor(s)
Scott D. Cousins
Printed Name of Attorney for Debtor(s)
Greenberg Traurig, LLP
Firm Name
The Nemours Building
Address
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000
Telephone Number
April 7, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ *[signed]*
Signature of Authorized Individual
Gregory F. Rayburn
Printed Name of Authorized Individual
Chief Restructuring Officer
Title of Authorized Individual
April 7, 2011
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNANIMOUS WRITTEN CONSENT
# OF THE MANAGERS
# OF
# INDIANAPOLIS DOWNS, LLC
(an Indiana limited liability company)

April 5, 2011

The undersigned, being all of the members of the Board of Managers (the "Board") of Indianapolis Downs, LLC, an Indiana limited liability company (the "Company"), do hereby consent and agree to the adoption of the following resolutions pursuant to the Indiana Business Flexibility Act, as amended:

WHEREAS, the management and the advisors of the Company have advised the Board of the liabilities and liquidity situation of the Company, the strategic alternatives available to it if the Company were to file a case (the "Chapter 11 Case") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and the impact of the foregoing on the Company's business.

WHEREAS, the Board has had the opportunity to consult with the management and the advisors of the Company and fully consider each of the strategic alternatives (including the filing of a Chapter 11 Case) available to the Company.

WHEREAS, the Board believes that it is in the best interests of the Company, its members (the "Members"), its creditors, and other parties in interest that the Company be authorized and empowered to file, at such time as it is deemed necessary or advisable by one or more Authorized Officers (as defined below), a petition to commence the Chapter 11 Case.

WHEREAS, the Board believes that it is in the best interests of the Company, the Members, the creditors of the Company, and other parties in interest that the Company be authorized to borrow funds from Wells Fargo Bank, N.A., as administrative agent and collateral agent and to use cash collateral for the purposes of, among other things, funding the ongoing obligations of the Company during the Chapter 11 Case (the "DIP Facility").

WHEREAS, the Board has determined that the pledges and guaranties contemplated by, or in connection with, the DIP Facility are necessary or convenient to the conduct, promotion or attainment of the business of the Company and the Members.

NOW, THEREFORE, BE IT RESOLVED, that, it is desirable and in the best interests of the Company, the Members, the creditors of the Company and other parties in interest, that the Company file or cause to be filed the Chapter 11 Case in the Bankruptcy Court for the District of Delaware.

RESOLVED, FURTHER, that the filing of the Chapter 11 Case and a petition to commence the Chapter 11 Case in the Bankruptcy Court for the District of Delaware are hereby authorized, approved, and adopted.

RESOLVED, FURTHER, that any of Ross J. Mangano, Greg Rayburn, and Fred Burford (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, be and are hereby authorized, empowered and directed to execute and file for and in the name of and on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the Chapter 11 Case and obtain relief under the Bankruptcy Code, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the Chapter 11 Case, and all other actions necessary to implement the Chapter 11 Case, with a view to the successful prosecution of such Chapter 11 Case.

RESOLVED, FURTHER, that the Company as debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code be, and hereby is, authorized to enter into the DIP Facility on such terms as may be approved by anyone or more of the Authorized Officers as being reasonably necessary for the continuing conduct of the affairs of the Company and to grant security interests in and liens in and upon all or substantially all of the Company's assets as may be deemed necessary by anyone or more of the Authorized Officers in connection with such borrowings or the use of such of such cash collateral.

RESOLVED, FURTHER, that the execution and delivery by the Company of, and performance by the Company under, any and all documents necessary or desirable in connection with the pledges and guaranties contemplated by, or in connection with, the DIP Facility are hereby authorized, approved, and adopted.

RESOLVED, FURTHER, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed to execute, deliver and perform, for and in the name of and on behalf of the Company: (i) the DIP Facility; (ii) any and all documents necessary or desirable in connection with the pledges, security interests and guaranties contemplated by, or in connection with, the DIP Facility; (iii) any other document necessary or advisable in connection with the DIP Facility.

RESOLVED, FURTHER, that the Authorized Officers be, and they hereby are, authorized, empowered and directed to retain the services of Kobi Partners, LLC to provide, subject to the approval of the Indiana Gaming Commission, Greg Rayburn to serve as the Chief Restructuring Officer of the Company and additional personnel for the Company in the Chapter 11 Case.

RESOLVED, FURTHER, that the Authorized Officers be, and they hereby are, authorized, empowered and directed to retain Lazard Fréres & Co. LLC as financial advisors, to render financial advisory services to, and to represent, the Company in connection with the Chapter 11.

RESOLVED, FURTHER, that the Authorized Officers be, and they hereby are, authorized, empowered and directed to employ the law firm of Greenberg Traurig, LLP as counsel to represent and assist the Company with general legal advice and in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized, empowered and directed to execute and deliver corresponding retention agreements, pay corresponding retainers prior to and immediately upon filing of the Chapter 11 Case and cause to be filed an application for authority to retain the services of Greenberg Traurig, LLP.

RESOLVED, FURTHER, that, the Authorized Officers be, and they hereby are, authorized, empowered and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code and/or its rights and obligations under the Chapter 11 Case; and in connection therewith, the Authorized Officers are hereby authorized, empowered and directed to execute and deliver corresponding retention agreements, provided that such engagement shall be made at the direction of the Authorized Officers; as well as to pay corresponding retainers prior to or immediately upon the filing of the Chapter 11 Case and cause to be filed an application for authority to retain the services of any other professionals as necessary.

RESOLVED, FURTHER, that, all acts and deeds of any of the Authorized Officers taken prior to the date hereof to carry out the intent and accomplish the purposes of the foregoing resolutions are hereby authorized, approved, adopted, ratified, and confirmed in all respects.

RESOLVED, FURTHER, that any Authorized Officer may, for and in the name and on behalf of the Company, issue certificates of these Resolutions as may be necessary.

The Secretary of the Company is hereby directed to file a signed copy of this Consent in the Minute Book of the Company.

IN WITNESS WHEREOF, the undersigned has executed this Consent as of the date first written above.

_____
Ross Mangano

_____  5 APRIL 2011
Richard Rogeveen

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INDIANAPOLIS DOWNS, LLC, *et al.*,[1] | Case No. 11-_____ ( ) |
| Debtors. | (Joint Administration Requested) |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the consolidated list of the Debtors' creditors holding the twenty largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims.

The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. The Debtors reserve all rights to assert that any debt or claim included herein is a disputed claim or debt, and to challenge the priority, nature, amount, or status of any such claim or debt. In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the descriptions in the corporate and legal documents shall control.

---

[1] The Debtors in these chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Indianapolis Downs, LLC (5457) and Indiana Downs Capital Corp. (3803). The Debtors' address is 4300 N. Michigan Road, Shelbyville, IN 46176.

|   | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|---|
| 1 | CGS SERVICES, INC. 2920 E US 52 PO BOX 212 MORRISTOWN, IN 46161 | CGS SERVICES, INC. ATTN: PRESIDENT OR CORPORATE COUNSEL 2920 E US 52 PO BOX 212 MORRISTOWN, IN 46161 PHONE: 765-763-6258 FAX: 765-763-6174 | TRADE | | $25,000.00 |
| 2 | BROOKFIELD SAND & GRAVEL INC 8587 N 850 W FAIRLAND, IN 46126 | BROOKFIELD SAND & GRAVEL INC ATTN: PRESIDENT OR CORPORATE COUNSEL 8587 N 850 W FAIRLAND, IN 46126 PHONE: 317-835-2235 FAX: 317-862-3773 | TRADE | | $25,000.00 |
| 3 | FRECKLES GRAPHICS INC 3835 FORTUNE DRIVE LAFAYETTE, IN 47905 | FRECKLES GRAPHICS INC ATTN: ACCOUNTS RECEIVABLE 3835 FORTUNE DRIVE LAFAYETTE, IN 47905 PHONE: 765-449-8463 FAX: 765-448-4692 | TRADE | | $15,800.00 |
| 4 | IGT ACH 9595 PROTOTYPE DRIVE RENO, NV 89521 | IGT ACH ATTN: CUSTOMER SERVICE 9595 PROTOTYPE DRIVE RENO, NV 89521 PHONE: 775-448-7777 FAX: 775-686-1488 | TRADE | | $12,816.00 |
| 5 | IKON OFFICE SOLUTIONS 1600 SOLUTIONS CENTER CHICAGO, IL 60677 | IKON OFFICE SOLUTIONS ATTN: PRESIDENT OR CORPORATE COUNSEL 1600 SOLUTIONS CENTER CHICAGO, IL 60677 PHONE: FAX: | TRADE | | $9,453.41 |
| 6 | SYSCO LOUISVILLE, INC. 7705 NATIONAL TURNPIKE LOUISVILLE, KY 40214 | SYSCO LOUISVILLE, INC. ATTN: PRESIDENT OR CORPORATE COUNSEL 7705 NATIONAL TURNPIKE LOUISVILLE, KY 40214 PHONE: 502-364-4300 FAX: 502-364-4344 | TRADE | | $7,484.20 |

| | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|---|
| 7 | SYSCO FOOD SERVICE LLC PO BOX 7137 INDIANAPOLIS, IN 46206 | SYSCO FOOD SERVICE LLC ATTN: WALKER SALES DENISE PO BOX 7137 INDIANAPOLIS, IN 46206 PHONE: 317-523-7546 FAX: | TRADE | | $7,448.60 |
| 8 | MONARCH BEVERAGE CO 9347 EAST PENDLETON PIKE INDIANAPOLIS, IN 46236 | MONARCH BEVERAGE CO ATTN: CUSTOMER SERVICE 9347 EAST PENDLETON PIKE INDIANAPOLIS, IN 46236 PHONE: 317-612-1310 FAX: 317-612-3224 | TRADE | | $7,124.80 |
| 9 | GORDON FOOD SERVICE INC 333 50TH ST SW GRAND RAPIDS, MI 49501 | GORDON FOOD SERVICE INC ATTN: PRESIDENT OR CORPORATE COUNSEL 333 50TH ST SW GRAND RAPIDS, MI 49501 PHONE: 616-530-7000 FAX: 616-717-7600 | TRADE | | $6,836.12 |
| 10 | B&H ELECTRIC AND SUPPLY 740 C AVENUE PO BOX 1005 SEYMOUR, IN 47274 | B&H ELECTRIC AND SUPPLY ATTN: CUSTOMER SERVICE 740 C AVENUE PO BOX 1005 SEYMOUR, IN 47274 PHONE: 812-522-5607 FAX: 812-522-5313 | TRADE | | $6,776.53 |
| 11 | IKON FINANCIAL SRVICES 1738 BASS RD MACON, GA 31210-1043 | IKON FINANCIAL SRVICES ATTN: PRESIDENT OR CORPORATE COUNSEL 1738 BASS RD MACON, GA 31210-1043 PHONE: 478- 405-4001 FAX: 912-471-2369 | TRADE | | $6,552.32 |
| 12 | SHELBY COUNTY CO-OP ASSOCIATION INC 2350 E ST RD 44 PO BOX 160 SHELBYVILLE, IN 46176 | SHELBY COUNTY CO-OP ASSOCIATION INC ATTN: PRESIDENT 2350 E ST RD 44 PO BOX 160 SHELBYVILLE, IN 46176 PHONE: 317-398-6655 FAX: 317-421-2089 | TRADE | | $5,584.98 |

|    | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|----|---|---|---|---|---|
| 13 | CASH REGISTER SYSTEMS INC<br>5621 ELMWOOD AVENUE<br>INDIANAPOLIS, IN 46203 | CASH REGISTER SYSTEMS INC<br>ATTN: PRESIDENT OR CORPORATE COUNSEL<br>5621 ELMWOOD AVENUE<br>INDIANAPOLIS, IN 46203<br>PHONE: 317-780-7500<br>FAX: 317-780-7510 | TRADE | | $5,388.43 |
| 14 | WORKING DISTRIBUTORS INC<br>2800 DIEGO DRIVE<br>EVANSVILLE, IN 47715-1799 | WORKING DISTRIBUTORS INC<br>ATTN: TAMMY HARRELL<br>2800 DIEGO DRIVE<br>EVANSVILLE, IN 47715-1799<br>PHONE: 812-464-9555<br>FAX: 812-464-9554 | TRADE | | $5,168.35 |
| 15 | SHELBY MATERIALS<br>157 EAST RAMPART ROAD<br>PO BOX 280<br>SHELBYVILLE, IN 46176 | SHELBY MATERIALS<br>ATTN: ACCOUNTS RECEIVABLE<br>157 EAST RAMPART ROAD<br>PO BOX 280<br>SHELBYVILLE, IN 46176<br>PHONE: 317-398-4485<br>FAX: 317-398-2727 | TRADE | | $5,000.00 |
| 16 | REYNOLDS FARM EQUIPMENT INC<br>12501 REYNOLDS DRIVE<br>PO BOX 218<br>FISHERS, IN 46038-0218 | REYNOLDS FARM EQUIPMENT INC<br>ATTN: ACCOUNTS RECEIVABLE<br>12501 REYNOLDS DRIVE<br>PO BOX 218<br>FISHERS, IN 46038-0218<br>PHONE: 317-849-0810<br>FAX: 317-849-0106 | TRADE | | $5,000.00 |
| 17 | SHELBY SUPPLY<br>60 E WASHINGTON STREET<br>SHELBYVILLE, IN 46176 | SHELBY SUPPLY<br>ATTN: ACCOUNTS RECEIVABLE<br>60 E WASHINGTON STREET<br>SHELBYVILLE, IN 46176<br>PHONE: 317-398-3070<br>FAX: 317-398-6418 | TRADE | | $4,000.00 |
| 18 | SMITH IMPLEMENTS INC<br>1929 E MAIN STREET<br>GREENFIELD, IN 46140 | SMITH IMPLEMENTS INC<br>ATTN: PRESIDENT OR CORPORATE COUNSEL<br>1929 E MAIN STREET<br>GREENFIELD, IN 46140<br>PHONE: 317-462-5585<br>FAX: 317-462-6982 | TRADE | | $3,500.00 |

| | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|---|
| 19 | NASBY EXCAVATING INC<br>7820 E US 40<br>GREENFIELD, IN 46140 | NASBY EXCAVATING INC<br>ATTN: DALE NASBY<br>7820 E US 40<br>GREENFIELD, IN 46140<br>PHONE: 317-691-0494<br>FAX: 317-936-5039 | TRADE | | $3,500.00 |
| 20 | DAILY RACING FORM<br>DRF HOLDINGS LLC<br>DEPT CH 17138<br>PALATINE, IL 60055-7138 | DAILY RACING FORM<br>DRF HOLDINGS LLC<br>DEPT CH 17138<br>PALATINE, IL 60055-7138<br>PHONE: 717-243-0287<br>FAX: | TRADE | | $3,048.44 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INDIANAPOLIS DOWNS, LLC, | Case No. 11-_____ ( ) |
| Debtor. | (Joint Administration Requested) |

## CERTIFICATION CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING TWENTY LARGEST UNSECURED CLAIMS

The debtors and debtors-in-possession (the "**Debtors**") in the above-captioned cases, hereby certify under penalty of perjury that the consolidated *List of Creditors Holding Twenty Largest Unsecured Claims*, submitted herewith, is complete and, to the best of the Debtors' knowledge, correct and consistent with the Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the consolidated *List of Creditors Holding Twenty Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day April, 2011.

Signature _____
By: Gregory F. Rayburn
Title: Chief Restructuring Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| INDIANAPOLIS DOWNS, LLC, | Case No. 11-_____ ( ) |
| Debtor. | (Joint Administration Requested) |

### LIST OF EQUITY SECURITY HOLDERS

| Name | Address | % Equity Interest |
|---|---|---|
| Oliver Racing, LLC | 112 West Jefferson Blvd.<br>Suite 613<br>P.O. Box 1655<br>South Bend, IN 46634-1655 | 95.39% |
| Ross Mangano | 112 West Jefferson Blvd.<br>Suite 613<br>P.O. Box 1655<br>South Bend, IN 46634-1655 | 1.54% |
| John Warriner | 112 West Jefferson Blvd.<br>Suite 613<br>P.O. Box 1655<br>South Bend, IN 46634-1655 | 3.07% |

[The remainder of this page is intentionally blank.]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INDIANAPOLIS DOWNS, LLC, | Case No. 11-_____ ( ) |
| Debtor. | (Joint Administration Requested) |

## CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

Indianapolis Downs, LLC, a debtor and debtor in possession (the "**Debtor**") in the above captioned case, hereby certifies under penalty of perjury that the list submitted herewith, pursuant to Local Rule 1007-1(a) of the Bankruptcy Court for the District of Delaware, formatted in portable document format, containing the List of Equity Security Holders of the Debtor, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 7, 2011

Signature _____
By: Gregory F. Rayburn
Title: Chief Restructuring Officer

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INDIANAPOLIS DOWNS, LLC, | Case No. 11-_____ ( ) |
| Debtor. | (Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the following are corporations, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Oliver Racing, LLC | 95.39% |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of Indianapolis Downs, LLC, the debtor in this case, declare under penalty of perjury that I have read the foregoing corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated: April 7, 2011

Signature _____
By: Gregory F. Rayburn
Title: Chief Restructuring Officer

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INDIANAPOLIS DOWNS, LLC, | Case No. 11-_____ ( ) |
| Debtor. | (Joint Administration Requested) |

## CERTIFICATION CONCERNING LIST OF ALL CREDITORS

The debtors and debtors-in-possession (the "**Debtors**") in the above-captioned cases, hereby certify under penalty of perjury that the *List of All Creditors* submitted herewith, pursuant to Local Rule 1007-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, formatted in portable document format, containing the consolidated list of creditors of the Debtors, is complete and to the best of the Debtors' knowledge, correct and consistent with Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of All Creditors* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of April, 2011.

Signature: _____
By: Gregory F. Rayburn
Title: Chief Restructuring Officer