**EXHIBIT "A"**

**McCall Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| INDIANAPOLIS DOWNS, LLC, *et al.*,[1] | Case No. 11-__________ ( ) |
| Debtors. | (Joint Administration Requested) |

**DECLARATION OF MARK MCCALL IN SUPPORT OF APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF FD U.S. COMMUNICATIONS, INC. AS CORPORATE COMMUNICATIONS CONSULTANT TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

I, Mark McCall, under penalty of perjury, hereby declare as follows:

1. I am the Chief Operating Officer of FD U.S. Communications, Inc. ("**FD Communications**").

2. I submit this declaration (the "**Declaration**") in connection with the application (the "**Application**"),[2] filed concurrently herewith, of Indiana Downs, LLC and Indiana Downs Capital Corp. (collectively, the "**Debtors**") pursuant to section 327(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") for entry of an order authorizing the retention and employment of FD Communications, as corporate communications consultant in the above-captioned chapter 11 Cases at the firm's

[1] The Debtors in these chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Indianapolis Downs, LLC (5457) and Indiana Downs Capital Corp. (3803). The Debtors' address is 4300 N. Michigan Road, Shelbyville, IN 46176.

[2] Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the Application.

normal hourly rates in effect from time to time and in accordance with the firm's normal reimbursement policies, effective as of the Petition Date.

3. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.

4. FD Communications maintains offices at 227 West Monroe Street, Ste. 900 Chicago, Illinois 60606.

**Debtors' Retention of FD Communications**

5. The Debtors retained FD Communications on March 15, 2011 to provide the Debtors with strategic communications services. FD Communications' services will be rendered upon the terms and conditions of the engagement letter by and between FD Communications and the Debtors dated as of March 15, 2011 (the "**Engagement Letter**"), a copy of which is attached as **Exhibit B** to the Application.

6. FD Communications is a corporate communications firm that helps its clients achieve their strategic aims by helping them articulate their strengths and goals at every stage of corporate life. FD Communications' strategic communications services include business to business communications, corporate branding and positioning, corporate reputation management, and strategic media relations. The Debtors have selected FD Communications as their corporate communications consultant based upon, among other things, (a) the Debtors' need to retain a strategic communications consultant, and (b) FD Communications' reputation and extensive experience in providing corporate communications strategies.

7. The Debtors have filed the Application to retain FD Communications (subject to this Court's approval) as corporate communications consultant. The professional services that FD Communications has rendered and will render to the Debtors include, but are not limited to

counseling and assisting the Debtors with regard to the Debtors' multiple communications strategies, branding, and reputation as related to the Debtors' restructuring and these chapter 11 Cases.

8. Except as may be otherwise set forth herein and in Schedules 1 and 2 attached hereto, to the best of my knowledge based upon due inquiry, FD Communications and its employees do not have any connection with the Debtors, their creditors or any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee in this district, except:

> (a) FD Communications may serve as a professional person in other matters, wholly unrelated to the Debtors or their Cases, in which attorneys, accountants and other professional persons retained by the Debtors, creditors, or other parties-in-interest have also been engaged; and
>
> (b) Certain creditors of the Debtors may also have been creditors of other companies represented by FD Communications in matters wholly unrelated to the Debtors or their Cases.

Accordingly, FD Communications is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, and does not hold or represent any interest adverse to the Debtors or their estates. FD Communications will not involve any individuals outside of FD Communications to perform the strategic communications services described herein. All non-public information concerning the Debtors and their bankruptcy Cases and all parties in interest will be kept strictly confidential within FD Communications and will not be released to any other person or entity.

9. FD Communications employees may, either presently or in the past, hold or have held ownership interests, either directly or through intermediary ownership such as mutual funds, in publicly traded securities, such as investment shares of publicly traded stocks or bonds, in one or more of the creditors or other interested parties in these chapter 11 bankruptcy Cases. To the

best of my knowledge, such ownership interests, if they do exist, do not constitute a conflict of interest or an interest that would be adverse to the interests of the Debtors.

10. FD Communications does not advise, has not advised, and will not advise any entity, other than the Debtors, in matters related to these chapter 11 Cases.

**Terms of Engagement**

11. FD Communications intends to apply for post-petition compensation for professional services rendered in connection with these chapter 11 Cases subject to the approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, and orders of this Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by FD Communications. FD Communications advised the Debtors that the current hourly rates applicable to the professionals proposed to represent the Debtors are:

| | |
|---|---|
| Michael Geczi | $600.00 |
| Kyna Legner | $425.00 |
| Kelsi Kennedy | $250.00 |

12. Other FD Communications professionals will render services as needed. As of the date of this Application, FD Communications' current hourly rates for this matter range from $125.00 to $750.00 per hour.

13. The rates set forth above are FD Communications' standard rates for work of this nature. These rates are set at a level designed to compensate fairly FD Communications for its work and to cover fixed and routine overhead expenses. It is FD Communications' policy to charge its clients in all areas of practice for expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, photocopying, travel expenses, certain data retrieval access, analyst reports, industry publications, long distance

telephone calls, postage, internet, and other computer services.

14. FD Communications will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to its other clients, subject to this Court's approval of such expenses pursuant to the Bankruptcy Code, such Bankruptcy Rules as may from time to time be applicable, such Local Rules as may from time to time be applicable, and such procedures as may be fixed by order of this Court. FD Communications believes that failure to charge these expenses would require the firm to increase its current hourly rates.

15. FD Communications requested and received an advance Retainer in the amount of $115,000.00. This amount has been applied prior to the Petition Date in satisfaction of fees and expenses incurred by FD Communications on behalf of the Debtors.

16. Other than as set forth herein, there is no proposed arrangement to compensate FD Communications. FD Communications has not shared or agreed to share, (a) any compensation it has received or may receive with any other party or person, other than with the employees of FD Communications, or (b) any compensation another person or party has received or may receive.

17. Pursuant to the Engagement Letter as modified by the proposed Order attached to the Application, the Debtors have agreed to indemnify and hold harmless FD Communications from claims, damages or liability relating to information or services provided by FD Communications to the Debtors.

18. The foregoing constitutes the statement of FD Communications pursuant to section 327(a) of the Bankruptcy Code, Rule 2014(a) of the Bankruptcy Rules, and Rule 2014-1 of the Local Rules.

I declare, that the foregoing is true and correct to the best of my knowledge. Executed on this 6 day of April, 2011.

MARK MCCALL
CHIEF OPERATING OFFICER
FD U.S. COMMUNICATIONS, INC.

## SCHEDULE 1

### Potential Parties in Interest

**Debtors**

Indianapolis Downs, LLC
Indiana Downs Capital Corp.

**Debtor Affiliates**

Oliver Racing LLC
Troon & Co.
Ross Mangano
John C. Warriner

**Officers and Directors (Current and Former)**

Richard Roggeveen
Richard Kline
Fred Burford
Greg Rayburn
Kobi Partners, LLC

**Lenders**

American International Group, Inc.
Bank of America
Bank of New York Mellon
Barclays Bank, PLC
Boston Management & Research
Brevan Howard Asset Management
Canpartners Investments IV, L.L.C.
Canyon Special Opportunities Master Fund (Cayman) Ltd.
Eaton Vance Management Inc.
Federated Investors Inc.
Fidelity
Fidelity Management & Research Co.
Fortress Credit Opportunities I
Franklin Mutual Advisors LLC
Guggenheim Investment Management LLC
Halbis Capital Management (USA) Inc.
Jefferies Finance, LLC
Lehman Brothers Holdings, Inc.
LGT Capital Management
Mellon United National Bank

MFC Global Investment Management (US) LLC
Munder Capital Management
New York Life Investment Management LLC
NOBO and Retail Accounts
Nomura Asset Management Co. Ltd.
Ohio National Financial Services
Pine Bridge Investments LLC (Houston)
Rochdale Investment Management LLC
Sabadell United Bank
Seix Investment Advisors LLC
Silver Oak High Yield LP
TCW Asset Management
The Bank of New York Trust Company
The Foothills Group, Inc.
The Vanguard Group Inc.
Threadneedle Asset Management
UBS Securities Inc.
Wayzata Capital
Wells Fargo Bank, N.A.
Western Asset Management Co. (WAMCO)

**Professionals**

Robert E. Neiman
Robert E. Neiman, P.C.
Somerset CPAs
White & Case LLP
Kessler International
Lazard & Freres Co., LLC
Akin Gump Feld Hauer & Strauss LLP
Houlihan Lokey Howard & Zukin
The Blackstone Group LP
Winston and Strawn LLP
Bose McKinney & Evans LLP
Bose Public Affairs Group, LLC
McNeely Stephenson Thopy & Harrold
Jackson Lewis LLP
Barnes & Thornburg LLP
Baker & Daniels LLP
Stewart & Irwin PC
Ogletree Deakins Nash Smoak
Kleinberg Kaplan Wolff
Ungaretti & Harris
Tarley Robinson PLC
Biesecker Dutkanych & Macer LLC
Robert Understein

FD U.S. Communications, Inc.
Polsinelli Shughart PC
Epiq Bankruptcy Solutions, LLC

**Creditors**

3Towers Broadcasting Co. LLC
4Imprint Inc.
Ace Hardware
Advanced Digital Solutions LLC
Advantage Funding Management
Advantage Health
Advantage Tool Rental Inc.
Advantage Travel Inc.
Agilysys NV, LLC
Ainsworth Game Technology
Albert Martinez
Albert Uster Imports Inc.
Allied Central District Inc.
Alsco
American Arbitration Association
American Hotel Register Company
American Specialty Insurance
Andrew Miller
Anthem
Aristocrat Technologies
Arrow Termite & Pest Control
AT&T
Atronic Americas LLC
AXIS Insurance Company
B&H Electric and Supply
Bally Gaming & Systems
Bar-B-Q Heaven Inc.
Bell Vending Inc.
Best Rental Inc. (BRI)
Bisig Impact Group
Blue News Inc.
Blue River Printing Inc.
Braden Business Systems Inc.
Brainstorm Logistics
Brian Doyle
Briefings Media Group LLC
Brinks
Bucks Plumbing Supply
Builders Lumber & Hardware
Burkhart Advertising Inc.

Carter Lumber Company
Casino Careers LLC
Centerpoint Energy
Central Credit LLC
Central Indiana Hardware
CGS Services, Inc.
Charles Lombardo
Christian Electric LLC
Cintas Corporation
Circle City Produce Inc.
Clark County Treasurer
Clarksville Wastewater Treatment Department
Claytons Commercial Laundry LLC
Clear Channel Outdoor
Coca-Cola Refreshments USA Inc.
Comfort Inn
Companion Life Insurance Co.
Connect Communications
Consolidated Insurance Services Inc.
Corporate Trust Clearing
Cummins Allison Corporation
Custom Forms Inc.
Daily Journal LLC
Daily Racing Form
Damar Direct Ltd.
Daniel Wickizer
Desi Environmental Services
Digideal Corporation
Digital Instinct
Drake Electric Inc.
Duke Energy
Duncan Supply Co. Inc.
Earthgrains Baking Co. Inc.
Edward Don & Company
EE Johnson Research
Evansville IN Waterworks Department
Exit 109 LLC
Farmer Brothers Coffee
Federal Express Corporation
Federal Insurance Company
Ferrell Gas LP
Fifth Third Bank
Fineline Furniture
Fineline Printing Group
Fleming Stage LLC
FLS Media Division

Foundation Logic Systems LLC
Gem Chemical Co. Inc.
George E Fern Company
Gordon Food Service Inc.
Grainger Inc.
Graphic Controls, LLC
Great American Insurance Company
Guardian
Hampton Inn Shelbyville
Happ Control
Harcourt Industries Inc.
Heritage Food Service Equipment
Hewlett Packard Company
HMR Enterprises Inc.
Hobart Division of ITW
Holiday Inn Express LLC
Hometown Television
Horseman's Guarantee Corporation of America (HGCA)
Houlihan Smith Advisors
HP Products, Inc.
Hubler Ford
Ikon Office Solutions
Indiana Department of Revenue
Indiana American Water
Indiana Department of Workforce Development
Indiana Gaming Commission
Indiana HEPA Inc.
Indiana Horse Racing Commission
Indiana Standardbred Association
Indianapolis Star
Infinium Software, Inc.
Integra Reality Resources
Internal Revenue Service
International Game Technology (IGT)
International Sound Corp.
Interstate Capital Corp.
Intralinks
John E Koerner & Company
Kirby Risk Corporation
Konami Gaming, Inc.
Koorsen Fire & Security Inc.
Krebs & Associates
Lanary Holding LLC Casino Tech
Lantech Training
Lithographic Communication LLC
Long Range Systems Inc.

Louisville TV Group LLC
Mandel J Bautista
Matrix Integration LLC
Mayer Paetz Fabrics Inc.
MCI
MetLife
Michael G. Kessler & Associates
Michaels Finer Meats Holding LLC
Michigan Dept. of Treasury
Mid-America Elevator Co. Inc.
Midwest Cutlery Service
Mitcon
Monarch Beverage Co., Inc.
Myers Frozen Food Provisioners
Nashville Wraps LLC
National Union Insurance Company
National Wine and Spirits Corp.
Nationwide Insurance Company
Netstuffers, LLC
Netwise Resources, LLC
North Vernon Beverage Co. Inc.
Occupational Medicine Physicians
Ollinger Distributing Company
Orkin Inc.
Parking Solutions, Inc.
Patriot Gaming & Electronics
Phelps Towing
Pilot Travel Center
Plymate Inc.
PokerTek, Inc.
Power Plant Entertainment Casino Resorts Indiana, LLC
Power Up Manufacturing Inc.
Presto Business Tech. LLC
Priority Care LLC
Production Resource Group
Protein Plus Marketing Inc.
Quarter Horse Racing Association
Quill Corporation
Raindrops & Roses Corporation
Regal Capital Advisors
Republic National
Ricketts Septic Tank Service
Rite Quality Office Supplies
Rush Shelby Energy
S&S Auto Parts Inc.
Safeguard Business Systems Inc.

Sandman Brothers Inc.
Scientific Games Racing LLC
Securcash Products LLC
SET Environmental, Inc.
Sharon Yarling
Sharp Trophies
Shelby County Co-op
Shelby County Treasurer
Shelbyville Paint & Wallpaper
Shelbyville Public Utilities
Sherwin-Williams Company
Shuffle Master Inc.
Southern Wine & Spirits of Indiana
Specialty Stainless Steel LLC
Spectrum Janitorial Supply
Sport Tech
Sportech Racing LLC
Sports Licensed Division LLC
Sprint
Sprint Spectrum, LP.
Sprung Steele Neutral
Starbucks Corporation
State of Indiana Department of Mental Health
Sutton-Garten Company
Sylvan Chemical Co. Inc.
SYSCO Food Service - Indianapolis
Teleview Racing Patrol, Inc.
The Cordish Company
Thompson Motor Coach
Timmy Foundation Inc.
Traka USA LLC
Trane Inc.
Travelers Insurance Company
Tri-States Coca Cola Bottling
Tynan Equipment Company
United Healthcare Vision
US Foodservice LLC
Van Gundy Insurance
Vectren Energy Delivery
Veolia ES Solid Waste Midwest
Verizon
VSR Industries, Inc.
Wabash Foodservice Inc.
Wasserstrom Company
Wausau Insurance Company
Western Money Systems

Williams Cylinders & Controls
Winterland Inc.
Wire Supplies Incorporated
WMS Gaming
Wonder Hostess Bakery
Working Distributors Inc.
Worrell Corporation
X-Tek Partners
Y Partnership
Zesco Products

## SCHEDULE 2

## Connections with Parties in Interest

**None**