IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INDIANAPOLIS DOWNS, LLC, et al.,[1] | Case No. 11-11046 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 295** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                    ) ss.:
COUNTY OF NEW YORK )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 21, 2011, I caused to be served the "Supplemental Declaration of Daniel Aronson in Connection with the Employment and Retention of Lazard Freres & Co. LLC as the Debtor's Investment Banker and Financial Advisor," dated July 18, 2011 [Docket No. 295], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Eleni Kossivas
Eleni Kossivas

Sworn to before me this
22nd day of July, 2011

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Indianapolis Downs, LLC (5457) and Indiana Downs Capital Corp. (3803). The Debtors' address is 4300 N. Michigan Road, Shelbyville, IN 46176.

T:\Clients\Indydown\Affidavits\Aronson Supp Dec_AFF_DI_295_7-21-11.docx

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ACXIOM CORPORATION | 601 EAST THIRD ST PO BOX 8180 ATTN: PRESIDENT OR GENERAL COUNSEL LITTLE ROCK AR 72203-8180 |
| AD HOC COMM OF HOLDERS OF 11% SSN2012 | C/O AKIN GUMP STRAUSS HAUER & FELD LLP ATTN: IRA S. DIZENGOFF, ESQ. ONE BRYANT PARK NEW YORK NY 10036-6745 |
| AD HOC COMM OF HOLDERS OF 11% SSN2012 | C/O AKIN GUMP STRAUSS HAUER & FELD LLP ATTN: SCOTT ALBERINO, ESQ. 1333 NEW HAMPSHIRE AVE, N.W. WASHINGTON DC 20036-1564 |
| AINSWORTH GAME TECHNOLOGY LTD | ATTN: FINANCE 6600 NW 12TH AVE SUITE #201 FORT LAUDERDALE FL 33309 |
| ARAMARK UNIFORM SERVICES | PO BOX 329 ATTN: PRESIDENT OR GENERAL COUNSEL EVANSVILLE IN 47702 |
| BOSE MCKINNEY & EVANS LLP | ATTN: DOUG BROWN 111 MONUMENT CIRCLE SUITE 2700 INDIANAPOLIS IN 46204 |
| CASINO ASSOCIATION OF INDIANA | ONE N CAPITOL SUITE 520 ATTN: PRESIDENT OR GENERAL COUNSEL INDIANAPOLIS IN 46204 |
| CENTRAL CREDIT | CENTRAL CREDIT LLC PO BOX 95275 ATTN: PRESIDENT OR CORPORATE COUNSEL LAS VEGAS NV 89193 |
| CINTAS | 6800 CINTAS BLVD. ATTN: PRESIDENT OR GENERAL COUNSEL CINCINNATI OH 45262 |
| DORSEY & WHITNEY (DELAWARE), LLP | ERIC LOPEZ SCHNABEL, ESQ & ROBERT W. MALLARD, ESQ COUNSEL FOR WELLS FARGO BANK, NA, AS ADMIN AND COLLATERAL AGENT 300 DELWARE AVENUE, SUITE 1010 WILMINGTON DE 19801 |
| GE MONEY BANK | C/O RECOVERY MANAGEMENT SYSTEMS CORP. ATTN: RAMESH SINGH 25 SE 2ND AVENUE, SUITE 1120 MIAMI FL 33131-1605 |
| GREENBERG TRAURIG, LLP | ATTN: NANCY A. MITCHELL, ESQ. AND ELIZABETH CONNOLLY, ESQ. 200 PARK AVENUE NEW YORK NY 10166 |
| GREENBERG TRAURIG, LLP | ATTN: SCOTT D. COUSINS, VICTORIA W. COUNIHAN & MATTHEW L. HINKER 1007 NORTH ORANGE STREET, STE 1200 WILMINGTON DE 19801 |
| GREENBERG TRAURIG, LLP | ATTN: DAVID CLEARY, ESQ. 2375 EAST CAMELBACK ROAD SUITE 700 PHOENIX AZ 85016 |
| HOULIHAN LOKEY | ATTN: WILLIAM HARDIE, ESQ 245 PARK AVE NEW YORK NY 10167-0001 |
| HUIRAS LAW, P.C. | WILLIS E. HUIRAS COUNSEL FOR DELORES SHEELER 9000 KEYSTONE, SUITE 660 INDIANAPOLIS IN 46240 |
| IKON FINANCIAL SERVICES | CHRISTINE R. ETHERIDGE, BANKRUPTCY ADMINISTRATION 1738 BASS ROAD P.O BOX 13708 MACON GA 31208-3708 |
| IKON OFFICE SOLUTIONS | OLIVA MOODY RECOVERY & BANKRUPTCY GROUP 3920 ARKWRIGHT ROAD, SUITE 400 MACON GA 31210 |
| INDIANA GAMING COMMISSION | 101 W WASHINGTON ST E TOWER SUITE 1600 ATTN: ADAM PACKER INDIANAPOLIS IN 46204 |
| INDIANA HORSE RACING COMMISSION | ISTA CENTER, SUITE 530 150 W MARKET STREET INDIANAPOLIS IN 46204 |
| INDIANAPOLIS MOTOR SPEEDWAY, LLC | ATTN: SALES 4790 W 16TH ST INDIANAPOLIS IN 46222 |
| INTERNAL REVENUE SERVICE | PO BOX 21126 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| JEFFERIES FINANCE, AS COLLATERAL AGENT | 520 MADISON AVE 18TH FLOOR NEW YORK NY 10022 |
| LAZARD | ATTN: DANIEL ARONSON AND JOSEPH MILLER 190 S. LASALLE ST 31ST FLOOR CHICAGO IL 60603 |
| LAZARD | ATTN: SIMON FURIE AND PRANAV POPAT 1999 AVENUE OF THE STARS #1140 LOS ANGELES CA 90067 |
| MILLERS POWER WASH INC | 359 STATE RD 129 S ATTN: PRESIDENT OR GENERAL COUNSEL BATESVILLE IN 47006 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING STREET SUITE 2207 LOCKBOX #35 WILMINGTON DE 19899-0035 |
| PARKING SOLUTIONS INC | 850 MICHIGAN AVE ATTN: PRESIDENT OR GENERAL COUNSEL COLUMBUS OH 43215 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A. WARD, ESQ 222 DELAWARE AVE SUITE 1101 WILMINGTON DE 19801 |
| REED SMITH LLP | KURT F. GWYNNE, ESQ. AND KATHLEEN A. MURPHY, ESQ. COUNSEL TO THE BANK OF NEW YORK MELLON TRUST CO,NA 1201 N. MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| REGENCY COMMERICAL ASSOCIATES | 330 CROSSE POINTE BLVD ATTN: PRESIDENT OR GENERAL COUNSEL EVANSVILLE IN 47715 |
| ROBERT E NEIMAN PC | 980 N MICHIGAN AVE STE 1090 CHICAGO IL 60611 |
| ROBERTS COMMUNICATION | ATTN: PRESIDENT OR COUNSEL 4175 CAMERON ST, STE B-10 LAS VEGAS NV 89103 |
| RUSH SHELBY ENERGY | 2777 S 840 WEST PO BOX 55 ATTN: PRESIDENT OR GENERAL COUNSEL MANILLA IN 46150-0055 |

| Claim Name | Address Information |
|---|---|
| SATTERLEE STEPHENS BURKE & BURKE LLP | CHRISTOPHER R. BELMONTE, ESQ. PAMELA A. BOSSWICK, ESQ. COUNSEL FOR MOODY'S INVESTORS SERVICE 230 PARK AVENUE NEW YORK NY 10169 |
| SCHOTTENSTEIN STORES CORP | 1800 MOLAR RD ATTN: PRESIDENT OR GENERAL COUNSEL COLUMBUS OH 43207 |
| SCHWARTZER & MCPHERSON LAW FIRM | JEANETTE E. MCPHERSON COUNSEL FOR BALLY GAMING, INC. 2850 SOUTH JONES BOULEVARD, SUITE 1 LAS VEGAS NV 89146 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |
| SECRETARY OF TREASURY | P.O. BOX 7040 DOVER DE 19903 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER, STE 400 NEW YORK NY 10281-1022 |
| SECURITIES AND EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC | ATTN: B. SHAW, ESQ. & P. ROBERTS, ESQ. COUNSEL TO OLIVER RACING, LLC, TROON & CO., J. OLIVER CUNNINGHAM TRUST, JANE C. WARRINER, ANNE C. MCCLURE TRUST, AND ROSS MANGANO 321 N. CLARK STREET, SUITE 800 CHICAGO IL 60654 |
| SOMERSET CPAS, PC | ATTN: STEPHEN M. WESSEL 3925 RIVER CROSSING PARKWAY #300 INDIANAPOLIS IN 46240 |
| SPORTECH RACING LLC | PO BOX 935091 ATTN: PRESIDENT OR CORPORATE COUNSEL ATLANTA GA 31193-5091 |
| STATE OF DELAWARE | DIV OF REVENUE 820 NORTH FRENCH STREET WILMINGTON DE 19801 |
| STATE OF DELAWARE | SECRETARY OF STATE 401 FEDERAL ST. #3 DOVER DE 19903 |
| STATE OF DELAWARE | SECRETARY OF STATE DIVISION OF CORPORATIONS PO BOX 7040 DOVER DE 19903 |
| STATE OF DELAWARE | SECRETARY OF TREASURY ATTN: CHIP FLOWERS 820 SILVER LAKE BOULEVARD, STE 100 DOVER DE 19904 |
| STROOK & STROOK & LAVAN LLP | ATTN: K. HANSEN AND J. GOLDSTEIN, ESQ. COUNSEL FOR FORTRESS INVESTMENT GROUP, LLC AND AD HOC THIRD LIEN COMMITTEE 180 MAIDEN LANE NEW YORK NY 10038 |
| SUBRANNI ZAUBER LLC | RANDAL COWLES, JOHN P. LEAON, AND SCOTT M. ZAUBER COUNSEL FOR INTERNATIONAL GAME TECHNOLOGY 1624 PACIFIC AVENUE ATLANTIC CITY NJ 08401 |
| SULLIVAN HAZELTINE ALLINSON LLC | WILLIAM A. HAZELTINE, ESQ. COUNSEL FOR ROBERT KLINE 4 EAST 8TH STREET, SUITE 400 WILMINGTON DE 19801 |
| TELEVIEW RACING PATROL INC | 1550 WEST 35TH PLACE ATTN: PRESIDENT OR CORPORATE COUNSEL HIALEAH FL 33012 |
| THE BANK OF NEW YORK TRUST COMPANY, N.A. | ATTN: CORPORATE TRUST ADMINISTRATION 2 N LASALLE ST SUITE 1020 CHICAGO IL 60602 |
| THE BANK OF NEW YORK TRUST COMPANY, N.A. | ATTN: CORPORATE COUNSEL 700 SOUTH FLOWER STREET SUITE 500 LOS ANGELES CA 90019 |
| THE BLACKSTONE GROUP LLP | ATTN: STEVEN ZELIN 345 PARK AVE NEW YORK NY 10154 |
| THOMAS LEE GROUP HOSPITALITY, LLC | 7512 DR PHILLIPS BLVD SUITE 50 #133 ORLANDO FL 32819 |
| TW TELECOM INC. | LINDA BOYLE 10475 PARK MEADOWS DRIVE, #400 LITTLETON CO 80124 |
| UNITED STATES ATTORNEY'S OFFICE | DISTRICT OF DELAWARE PO BOX 2046 WILMINGTON DE 19899 |
| VECTREN ENERGY DELIVERY (SHELBYVILLE) | PO BOX 6248 ATTN: PRESIDENT OR COUNSEL INDIANAPOLIS IN 46206-6248 |
| WELLS FARGO BANK, N.A. | ATTN: ANDREW J NYQUIST 625 MARQUETTE AVE 11TH FLOOR MINNEAPOLIS MN 55402 |
| WHITEFORD TAYLOR PRESTON LLC | THOMAS J. FRANCELLA, JR., ESQ & CHAD J. TOMS, ESQ COUNSEL FOR POWER PLANT ENTERTAINMENT CASINO RESORTS INDIANA, LLC AND LIVE HOLDINGS!, LLC 1220 N. MARKET STREET, SUITE 608 WILMINGTON DE 19801-2535 |
| WHITEFORD TAYLOR PRESTON LLP | KENNETH OESTREICHER, ESQ. & KEVIN G. HROBLAK, ESQ. COUNSEL FOR POWER PLANT ENTERTAINMENT CASINO RESORTS INDIANA, LLC AND LIVE HOLDINGS!, LLC 7 SAINT PAUL STREET BALTIMORE MD 21202-1626 |
| WILMINGTON TRUST COMPANY | C/O KELLEY DRYE & WARREN LLP ATTN: PAMELA BRUZZESE-SZCZYGIEL 101 PARK AVE NEW YORK NY 10178 |
| WILMINGTON TRUST COMPANY | ATTN: PATRICK HEALY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON DE 19890-1600 |
| WINSTON & STRAWN LLP | ATTN C. MACNEIL MITCHELL AND DAVID NEIER COUNSEL FOR WELLS FARGO BANK, NA, AS ADMIN AND COLLATERL AGENT 200 PARK AVENUE NEW YORK NY 10166-4193 |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | FRANCIS A. MONACO, JR. AND THOMAS M. HORAN COUNSEL FOR OLIVER RACING, LLC, TROON & CO., J. OLIVER CUNNINGHAM TRUST, JANE C. WARRINER TRUST ANNE C. MCCLURE TRUST, AND ROSS MANGANO 321 N. CLARK STREET, SUITE 800 CHICAGO IL |

| Claim Name | Address Information |
|---|---|
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | 60654 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: R. BRADY, E. MORTON, AND M. LUNN COUNSEL FOR THE AD HOC THIRD LIEN COMMITTEE AND FORTRESS INVESTMENT GROUP LLC 1000 WEST STREET, 17TH FLOOR WILMINGTON DE 19801 |
| YPARTNERSHIP LLC | 423 SOUTH KELLER ROAD STE 100 ATTTN: PRESIDENT OR COUNSEL ORLANDO FL 32810 |

**Total Creditor count  69**