UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INDIANAPOLIS DOWNS, LLC, INC., et al,. | ) | Case No. 11-11046 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW the creditor/plaintiff, Dawn Leonhardt, by counsel, and states as follows:

1. The plaintiff/creditor, pursuant to 11 USCA §362 U.S. Bankruptcy Code and Indiana Code § 27-1-13-7, hereby moves for relief from the automatic stay requested/noticed by the defendants/debtor.

2. On Friday, March 20, 2009, the creditor/plaintiff, Dawn Leonhardt, was involved in a trip and fall incident at Indianapolis Downs, LLC d/b/a Indiana Live! Casino, where she suffered injuries proximately caused by the negligence of Indianapolis Downs, LLC d/b/a Indiana Live! Casino. A lawsuit was filed by Dawn Leonhardt against Indianapolis Downs, LLC d/b/a Indiana Live! Casino in Shelby County, Indiana on June 8, 2010 under cause number 73D01-1006-CT-11 seeking money damages for her injuries.

3. The defendant in the Indiana state lawsuit, Indianapolis Downs, LLC d/b/a Indiana Live! Casino, filed a Notice of Automatic Stay on April 15, 2011 in said Court.

4. At the time of the trip and fall incident at issue, according to the defendant's attorney in the Indiana state case, the defendants/debtor were insured under a liability insurance policy through American Specialty Insurance Company.

5. Pursuant to I.C. 27-1-13-7:

> "No policy of insurance against loss or damage resulting from accident ..... shall be issued or delivered in this state .... unless there shall be contained within such policy a provision that the insolvency or bankruptcy of the person or persons insured shall not release the insurance carrier from the payment of damages for injury sustained or loss occasioned during the life of such policy[.]"
>
>> "A policy issued in violation of this section shall, nevertheless, be held valid but be deemed to include the provisions required by this section[.]"

6. Creditor, Dawn Leonhardt, wishes to pursue her lawsuit against Indianapolis Downs, LLC d/b/a Indiana Live! Casino in Shelby County, Indiana, under cause number 73D01-1006-CT-11 seeking money damages for her injuries, not exceeding the amount of debtor's insurance policy limits with American Specialty Insurance Company.

7. Said relief from the automatic stay would not affect other creditors or the debtor.

Wherefore, Creditor, Dawn Leonhardt, prays for relief from the automatic stay for purposes of pursuing damages payable from the debtor's insurance policy with American Specialty Insurance Company and for all other relief just and proper in the premises.

Respectfully submitted,

CRAVEN, HOOVER & BLAZEK, P.C.

_____
E. RALPH HOOVER, #19403-49
7550 South Meridian Street, Suite C-1
Indianapolis, Indiana 46217
Phone: (317)881-2700 Fax: (317)885-4884
rhoover@chblawfirm.com
***Attorney for Plaintiff, Dawn Leonhardt***

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of foregoing was served upon all parties of record this 22nd day of September, 2011, and deposited same in the U.S. mail, first-class, postage prepaid to:

Danford R. Due
Scott E. Andres
Due Doyle Fanning, LLP
900 Circle Tower Building
55 Monument Circle
Indianapolis, Indiana 46204-5900
Phone: 317-635-7700
Fax: 317-636-2408
E-Mail: ddue@duedoyle.com
*Attorneys for Defendant, Indiana Downs, LLC d/b/a Indiana Live! Casino*

GREENBERG TAURIG, LLP
Scott D. Cousins
Victoria W. Counihan
Matthew L. Hinker
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Phone: 302-661-7000
*Attorneys for Debtors*

E. RALPH HOOVER
7550 South Meridian Street, Suite C-1
Indianapolis, Indiana 46217
Phone: (317)881-2700 Fax: (317)885-4884
rhoover@chblawfirm.com
*Attorney for Plaintiff, Dawn Leonhardt*