# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INDIANAPOLIS DOWNS, LLC, *et al.*,[1] | Case No. 11-11046 (BLS) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 1198 |

### ORDER APPROVING THE MOTION OF DEBTORS FOR ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. §§ 105(A), 363, AND 365, FED. R. BANKR. P. 9019 APPROVING THE SETTLEMENT AGREEMENT WITH THE CORDISH ENTITIES

Upon the motion (the "**Motion**") above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") seeking this Court's approval of the Settlement;[2] and due and proper notice of the Motion has been given under the circumstances; and it appearing that no other or further notice of the Motion is necessary or required; and the Court having found that it has jurisdiction over the matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having reviewed the Motion; and there being no objections filed to the Motion; and the Court having determined that the relief requested in the Motion is in the best interest of the Debtors, its creditors and other parties in interest, and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Motion is **GRANTED** as set forth herein; and it is further

**ORDERED**, that the Settlement Agreement, a copy of which is annexed to the Motion as Exhibit A and incorporated by reference herein, is **APPROVED**; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Indianapolis Downs, LLC (5457) and Indianapolis Downs Capital Corp. (3803). The Debtors' address is 4300 N. Michigan Road, Shelbyville, IN 46176.

[2] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

2236550.3

**ORDERED**, that notice of the Motion as provided therein shall be deemed good and sufficient notice and the requirements of Bankruptcy Rule 6004(a) are hereby waived, and it is further

**ORDERED**, that the requirements of Bankruptcy Rule 6004(h) are waived for the purpose of this Motion, and notwithstanding any applicability of Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: July 17, 2012
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

2236550.3